## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| | | |
| **v.** | : | **DATE FILED:** _____ |
| | | |
| **TERRANCE DARBY** | : | **VIOLATIONS:** |
| a/k/a "Tibbs," | | **18 U.S.C. § 371 (conspiracy – 1 count)** |
| a/k/a "Tibby," | : | **18 U.S.C. § 922(a)(1)(A) (dealing in firearms** |
| **ONTAVIOUS PLUMER,** | | **without a license – 1 count)** |
| a/k/a "Toot" | : | **21 U.S.C. § 841(a)(1), (b)(1)(B) (possession** |
| | | **with intent to distribute 5 grams or more of** |
| | : | **methamphetamine (actual) and 40 grams or** |
| | | **more of a mixture or substance containing a** |
| | : | **detectable amount of fentanyl – 1 count)** |
| | | **21 U.S.C. § 860(a) (possession with intent to** |
| | : | **distribute controlled substances within 1,000** |
| | | **feet of a school – 1 count)** |
| | : | **18 U.S.C. § 924(c)(1)(A) (possession of a** |
| | | **firearm in furtherance of a drug trafficking** |
| | : | **crime – 1 count)** |
| | | **18 U.S.C. § 922(g)(1) (possession of a firearm** |
| | : | **by a felon – 1 count)** |
| | | **18 U.S.C. § 2 (aiding and abetting)** |
| | : | **Notices of forfeiture** |

### SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to this superseding indictment:

1.       Defendant TERRANCE DARBY, a/k/a "Tibbs," a/k/a "Tibby," was a

resident of Philadelphia, Pennsylvania, was not a federal firearms licensee ("FFL"), and was not

authorized to deal, import, or manufacture firearms under federal law.

2.       Defendant ONTAVIOUS PLUMER, a/k/a "Toot," was a resident of South

Carolina, was not a FFL, and was not authorized to deal, import, or manufacture firearms under

federal law.

1

3.    Person #1, a person known to the grand jury, was a resident of Philadelphia, Pennsylvania, was not a FFL, and was not authorized to deal, import, or manufacture firearms under federal law.

4.    Person #2, a person known to the grand jury, was a resident of South Carolina, was not a FFL, and was not authorized to deal, import, or manufacture firearms under federal law.

5.    Person #3, a person known to the grand jury, was a resident of South Carolina, was not a FFL, and was not authorized to deal, import, or manufacture firearms under federal law.

6.    Person #4, a person known to the grand jury, was a resident of South Carolina, was not a FFL, and was not authorized to deal, import, or manufacture firearms under federal law.

7.    The following businesses possessed an FFL license and were authorized to deal in firearms under federal laws:

| FFL | Location |
| --- | --- |
| Anderson Gun and Pawn | 1309 South Murray Avenue, Anderson, South Carolina |
| Grady's Great Outdoors | 3440 Clemson Boulevard, Anderson, South Carolina |
| Academy Sports + Outdoors #154 | 3423 Clemson Boulevard, Anderson, South Carolina |
| B&B Sporting Goods and Pawn | 2001 South Main Street, Anderson, South Carolina |
| Palmetto State Armory - Greenville | 1040A Woodruff Road, Greenville, South Carolina |
| Palmetto State Armory - Columbia | 3760 Fernandina Road, Columbia, South Carolina |
| Sportsman's Warehouse | 3795 Clemson Boulevard, Anderson, South Carolina |
| South Carolina Gun Company | 242 West Wade Hampton Boulevard, Greer, South Carolina |
| City Arsenal | 1210 Poinsett Highway, Greenville, South Carolina |

2

8.     FFL holders are licensed, among other things, to sell firearms. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms.

9.     The rules and regulations governing FFL holders require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473 ("Form 4473"). Part of the Form 4473 requires that the prospective purchaser certify that all his or her answers on Form 4473 are true and correct. The Form 4473 requires that the prospective purchaser certify truthfully, subject to penalties of perjury, that he or she was the actual buyer of the firearm. The Form 4473 contains the following language in bold type: "Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." In the certification section of the Form 4473, the actual buyer must certify that his or her answers to the questions on the form are "true, correct, and complete," and acknowledge by his or her signature that "making any false oral or written statement . . . is a crime punishable as a felony under Federal law, and may also violate State and/or local law."

10.     FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, including the buyer's home address and date of birth, to ensure that the person was not prohibited from purchasing a firearm.

11.     A person who purchases a firearm at the behest of another person and falsely states on the Form 4473 that he or she is the actual buyer of the firearm is known as a "straw purchaser."

3

12.     From at least as early as in or around November 2020 through in or around February 2021, in in the Eastern District of Pennsylvania, the District of South Carolina, and elsewhere, defendants

**TERRANCE DARBY,**
**a/k/a "Tibbs,"**
**a/k/a "Tibby," and**
**ONTAVIOUS PLUMER,**
**a/k/a "Toot,"**

conspired and agreed, together and with Person #1, Person #2, Person #3, and Person #4, all known to the grand jury, and others known and unknown to the grand jury, to commit offenses against the United States, that is, to engage in the business of dealing firearms without being licensed to do so, in violation of Title 18, United States Code, Section 922(a)(1)(A); and to make a false statement with respect to the information required to be kept in the records of a federally licensed firearms dealer, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## MANNER AND MEANS

It was part of the conspiracy that:

13.     Defendant ONTAVIOUS PLUMER instructed Person #2 and Person #3 to purchase firearms at FFLs in South Carolina, with the intention that these firearms would be transported to defendant TERRANCE DARBY and Person #1 in Philadelphia, Pennsylvania.

14.     Defendant ONTAVIOUS PLUMER paid Person #2 and Person #3 using mobile banking applications, including Cash App, to purchase firearms from FFLs in South Carolina.

15.     Person #2 and Person #3 purchased firearms from federally licensed firearms dealers in South Carolina, knowing that the firearms were being purchased for other individuals and that these firearms would be transported to Philadelphia and given to defendant TERRANCE DARBY and Person #1.

4

16.     Person #2 and Person #3 falsely stated on the Form 4473 for each firearm

purchase that they were the actual purchaser of the firearms, when in fact they knew this

statement was false and they purchased the firearms for others, including defendant TERRANCE

DARBY and Person #1.

17.     Defendant ONTAVIOUS PLUMER communicated with defendant

TERRANCE DARBY and Person #1 about the purchases of the firearms by Person #2 and

Person #3, and coordinated the transport by Person #2 and Person #4 of these firearms from

South Carolina to Philadelphia, Pennsylvania.

18.     Person #2, Person #3, and Person #4 traveled from South Carolina to

Philadelphia, Pennsylvania with the firearms and transferred the firearms to defendant

TERRANCE DARBY and Person #1.

19.     Defendant TERRANCE DARBY and Person #1 received the purchased

firearms and planned to resell the firearms.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, the following overt

acts, among others, were committed in the Eastern District of Pennsylvania, the District of South

Carolina, and elsewhere:

1.     On or about November 20 and November 21, 2020, at the direction of

defendant ONTAVIOUS PLUMER, Person #2 purchased the following firearms:

| Date of Purchase | Federal Firearms Licensee | Firearm | Serial Number | Purchaser |
|---|---|---|---|---|
| 11/20/2020 | Anderson Gun and Pawn | Beretta, model APX, 9mm semi-automatic pistol | A098483X | Person #2 |
| 11/20/2020 | Anderson Gun and Pawn | Beretta, model APX, 9mm semi-automatic pistol | A098465X | Person #2 |
| 11/20/2020 | Grady's Great Outdoors | Taurus, Judge series, .45 caliber revolver | ABL097569 | Person #2 |

5

| Date of Purchase | Federal Firearms Licensee | Firearm | Serial Number | Purchaser |
|---|---|---|---|---|
| 11/20/2020 | Grady's Great Outdoors | Taurus, Judge series, .45 caliber revolver | ABJ941959 | Person #2 |
| 11/20/2020 | Grady's Great Outdoors | Taurus, Judge series, .45 caliber revolver | ABK062912 | Person #2 |
| 11/20/2020 | Grady's Great Outdoors | Taurus, model G3, 9mm semi-automatic pistol | ABJ945226 | Person #2 |
| 11/21/2020 | Grady's Great Outdoors | Smith & Wesson, model SD40, .40 caliber semi-automatic pistol | FCU0160 | Person #2 |
| 11/21/2020 | Grady's Great Outdoors | Smith & Wesson, model SD40, .40 caliber semi-automatic pistol | FCW3015 | Person #2 |
| 11/21/2020 | Grady's Great Outdoors | Ruger, Security-9, 9mm semi-automatic pistol | 383-61872 | Person #2 |
| 11/21/2020 | Academy Sports + Outdoors # 154 | Smith & Wesson, model MP40, .40 caliber semi-automatic pistol | JFN7241 | Person #2 |
| 11/21/2020 | Academy Sports + Outdoors # 154 | Ruger, Security-9, 9mm semi-automatic pistol | 383-84606 | Person #2 |
| 11/21/2020 | Academy Sports + Outdoors # 154 | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCU8997 | Person #2 |
| 11/21/2020 | Academy Sports + Outdoors # 154 | Ruger, Security-9, 9mm semi-automatic pistol | 383-69030 | Person #2 |

2.    On or about November 27 and November 28, 2020, at the direction of

defendant ONTAVIOUS PLUMER, Person #2 and Person #3 purchased the following firearms:

| Date of Purchase | Federal Firearms Licensee | Firearm | Serial Number | Purchaser |
|---|---|---|---|---|
| 11/27/2020 | Grady's Great Outdoors | Glock, model 48, 9mm semi-automatic pistol | BRUD021 | Person #2 |
| 11/27/2020 | Grady's Great Outdoors | Smith & Wesson, model SD9, 9mm semi-automatic pistol | FCJ0371 | Person #2 |
| 11/27/2020 | Grady's Great Outdoors | Smith & Wesson, model SD40, .40 caliber semi-automatic pistol | FCR2029 | Person #2 |
| 11/27/2020 | B&B Sporting Goods and Pawn | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | HEY8477 | Person #2 |
| 11/27/2020 | B&B Sporting Goods and Pawn | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FBB2962 | Person #2 |

| 11/27/2020 | B&B Sporting Goods and Pawn | Smith & Wesson, model 4040, .40 caliber semi-automatic pistol | USC9960 | Person #2 |
|---|---|---|---|---|
| 11/27/2020 | Palmetto State Armory - Greenville | Glock, model 44, .22 caliber semi-automatic pistol | AEMA839 | Person #3 |
| 11/27/2020 | Palmetto State Armory - Greenville | Glock, model 43, 9mm semi-automatic pistol | AEWG856 | Person #3 |
| 11/27/2020 | Palmetto State Armory - Greenville | Glock, model 43, 9mm semi-automatic pistol | AEWV822 | Person #3 |
| 11/28/2020 | Palmetto State Armory - Greenville | Smith & Wesson, model SD9VE, 9mm semi-automatic pistol | FCV9142 | Person #2 |
| 11/28/2020 | B&B Sporting Goods and Pawn | Glock, model 44, .22 caliber semi-automatic pistol | AEHK404 | Person #3 |
| 11/28/2020 | B&B Sporting Goods and Pawn | Glock, model 44, .22 caliber semi-automatic pistol | AEFZ395 | Person #3 |
| 11/28/2020 | B&B Sporting Goods and Pawn | Smith & Wesson, model 4046, .40 caliber semi-automatic pistol | TDS8937 | Person #3 |
| 11/28/2020 | B&B Sporting Goods and Pawn | Smith & Wesson, model M&P 45, .22 caliber semi-automatic pistol | HST6669 | Person #3 |

3.    On or about December 27, 2020, defendant TERRANCE DARBY told
defendant ONTAVIOUS PLUMER that defendant DARBY had requests for FN firearms, and
asked if defendant PLUMER was "still able to make it happen." Defendant PLUMER responded
that he could "make it happen" and quoted defendant DARBY a price of "12-1600" for "the ones
that shoot 9 mm bullets."

4.    In late December 2020 and early January 2021, defendants ONTAVIOUS
PLUMER and TERRANCE DARBY agreed that defendant PLUMER would supply firearms to
defendant DARBY in Philadelphia for approximately $6,800, in exchange for defendant
DARBY sending controlled substances to South Carolina.

5.    On or about January 8, 2021, at the direction of defendant ONTAVIOUS

7

PLUMER, Person #2 and Person #3 purchased the following firearms:

| Date of Purchase | Federal Firearms Licensee | Firearm | Serial Number | Purchaser |
|---|---|---|---|---|
| 1/8/2021 | Sportsman's Warehouse | Glock, model 19, 9mm semi-automatic pistol | BNYP686 | Person #2 |
| 1/8/2021 | Sportsman's Warehouse | Beretta, model APX, 9mm semi-automatic pistol | A118611X | Person #2 |
| 1/8/2021 | Grady's Great Outdoors | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCR9812 | Person #2 |
| 1/8/2021 | Grady's Great Outdoors | Taurus, model G3, 9mm semi-automatic pistol | ABN377437 | Person #2 |
| 1/8/2021 | Grady's Great Outdoors | Glock, model 19, 9mm semi-automatic pistol | BEBG379 | Person #2 |
| 1/8/2021 | Grady's Great Outdoors | Smith & Wesson, M&P9 Shield, 9mm semi-automatic pistol | RJL8351 | Person #3 |
| 1/8/2021 | Grady's Great Outdoors | Glock, model 43, 9mm semi-automatic pistol | RJL9085 | Person #3 |
| 1/8/2021 | Grady's Great Outdoors | Glock, model 43, 9mm semi-automatic pistol | RJJ3740 | Person #3 |

6.     On or about January 8, 2021, defendant ONTAVIOUS PLUMER told

defendant TERRANCE DARBY, "Asa hit me I'm coming your way tomorrow wit straps n I

need da dog." Defendant DARBY asked in response, "What u bringing?" and defendant

PLUMER responded that he would try to obtain 10 firearms, and defendant DARBY responded,

"… hope all new. Don't wanna get stuck wit nothing used."

7.     On or about January 9, 2021:

a.     Defendant ONTAVIOUS PLUMER told defendant TERRANCE

DARBY that he had "8 total." Defendant PLUMER told defendant DARBY that it would cost

"6800 for da 8 guns."

b.     At the direction of defendant ONTAVIOUS PLUMER, Person #2

transported firearms by car from South Carolina to Philadelphia, Pennsylvania and gave the

firearms to defendant TERRANCE DARBY.

8

8.      On or about January 10, 2021, defendant ONTAVIOUS PLUMER told

Person #3 to purchase certain firearms, to which Person #3 responded, "Okay."

9.      On or about January 10 and January 11, 2021, at the direction of defendant

ONTAVIOUS PLUMER, Person #3 purchased the following firearms:

| Date of Purchase | Federal Firearms Licensee | Firearm | Serial Number | Purchaser |
|---|---|---|---|---|
| 1/10/2021 | Palmetto State Armory - Greenville | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCL3090 | Person #3 |
| 1/10/2021 | Palmetto State Armory - Greenville | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCR1969 | Person #3 |
| 1/11/2021 | Anderson Gun and Pawn | Kahr, model CW45, .45 caliber semi-automatic pistol | SG3002 | Person #3 |

10.     On or about January 12, 2021, defendant ONTAVIOUS PLUMER told

defendant TERRANCE DARBY that he had firearms, and that these firearms would be

transported to defendant DARBY.  Defendant PLUMER asked defendant DARBY for a "pay

advance."

11.     On or about January 13, 2021, at the direction of defendant ONTAVIOUS

PLUMER, Person #2 and Person #4 transported firearms by car from South Carolina to

Philadelphia, Pennsylvania, and gave the firearms to defendant TERRANCE DARBY.

12.     On or about January 14, 2021, at the direction of defendant ONTAVIOUS

PLUMER, Person #2 purchased the following firearms:

| Date of Purchase | Federal Firearms Licensee | Firearm | Serial Number | Purchaser |
|---|---|---|---|---|
| 1/14/2021 | South Carolina Gun Company | Smith & Wesson, model MP40, .40 caliber semi-automatic pistol | NEJ0435 | Person #2 |
| 1/14/2021 | South Carolina Gun Company | Smith & Wesson, model MP40, .40 caliber semi-automatic pistol | HLH1207 | Person #2 |

9

| 1/14/2021 | South Carolina Gun Company | Smith & Wesson, model MP40, .40 caliber semi-automatic pistol | HLL8291 | Person #2 |

13. On or about January 15, 2021, defendant ONTAVIOUS PLUMER sent defendant TERRANCE DARBY photographs of three firearms, and told defendant DARBY that these were "all 40s." Defendant PLUMER told defendant DARBY that he would be "getting [the] rest in the am" and that these firearms would cost $1,100. Defendant DARBY confirmed that he wanted these firearms. Defendant PLUMER responded that he would pick up some more "hardware" and then would be "hitting road."

14. On or about January 17, 2021, at the direction of defendant ONTAVIOUS PLUMER, Person #2 purchased the following firearms:

| Date of Purchase | Federal Firearms Licensee | Firearm | Serial Number | Purchaser |
|---|---|---|---|---|
| 1/17/2021 | Palmetto State Armory - Columbia | Smith & Wesson, model SD9VE, 9mm semi-automatic pistol | FCN8128 | Person #2 |
| 1/17/2021 | Palmetto State Armory - Columbia | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCZ6643 | Person #2 |
| 1/17/2021 | Palmetto State Armory - Columbia | Taurus, model GC3, 9mm semi-automatic pistol | ABN361120 | Person #2 |

15. On or about January 18, 2021, defendant ONTAVIOUS PLUMER told defendant TERRANCE DARBY that the firearms were being transported to "your city." Defendant PLUMER then asked defendant DARBY if he had "ice," to which defendant DARBY responded that it would cost $5,000 per bag.

16. On or about January 18, 2021, at the direction of defendant ONTAVIOUS PLUMER, Person #2 and Person #4 transported firearms by car from South Carolina to Philadelphia, Pennsylvania.

10

17.     On or about January 21, 25 and 26, 2021, at the direction of defendant

ONTAVIOUS PLUMER, Person #2 and Person #3 purchased the following firearms:

| Date of Purchase | Federal Firearms Licensee | Firearm | Serial Number | Purchaser |
|---|---|---|---|---|
| 1/21/2021 | B&B Sporting Goods and Pawn | Ruger, model SR9c, 9mm semi-automatic pistol | 339-18799 | Person #3 |
| 1/21/2021 | B&B Sporting Goods and Pawn | Smith & Wesson, model M&P, semi-automatic pistol | NFD1490 | Person #3 |
| 1/25/2021 | Anderson Gun and Pawn | Springfield Defender, 9mm semi-automatic pistol | BY565525 | Person #3 |
| 1/25/2021 | Anderson Gun and Pawn | Smith & Wesson, model MP40C, .40 caliber semi-automatic pistol | HRX7505 | Person #3 |
| 1/25/2021 | B&B Sporting Goods and Pawn | Ruger, model 9E, 9mm semi-automatic pistol | 338-1248 | Person #3 |
| 1/25/2021 | B&B Sporting Goods and Pawn | Smith & Wesson, model SW9GVE, 9mm semi-automatic pistol | PB23904 | Person #3 |
| 1/26/2021 | B&B Sporting Goods and Pawn | Taurus, model G2C, 9mm semi-automatic pistol | ABL194818 | Person #2 |

18.     On or about January 25 and 26, 2021, defendant ONTAVIOUS PLUMER

and Person #2 discussed purchasing firearms and transporting them to Philadelphia,

Pennsylvania. On January 26, 2021, defendant PLUMER told Person #2 to purchase firearms

and drive to Philadelphia. Person #2 responded that he/she was on his/her way to Philadelphia

with firearms. Defendant PLUMER told Person #2 that he/she would be meeting Person #1, and

provided Person #1's cell phone number.

19.     On or about January 27, 2021, at the direction of defendant ONTAVIOUS

PLUMER, Person #2 and Person #4 transported firearms by car from South Carolina to

Philadelphia, Pennsylvania, and gave the firearms to Person #1.

20.     On or about January 28, 2021, at the direction of defendant ONTAVIOUS

PLUMER, Person #2 purchased the following firearms:

11

| Date of Purchase | Federal Firearms Licensee | Firearm | Serial Number | Purchaser |
|---|---|---|---|---|
| 1/28/2021 | Palmetto State Armory | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCY5101 | Person #2 |
| 1/28/2021 | Palmetto State Armory | Smith & Wesson, model SD9VE, 9mm semi-automatic pistol | FCZ3184 | Person #2 |
| 1/28/2021 | Palmetto State Armory | Taurus, model GC3, 9mm semi-automatic pistol | ABN357074 | Person #2 |
| 1/28/2021 | City Arsenal | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCY1145 | Person #2 |
| 1/28/2021 | City Arsenal | FN Herstal, model 503, 9mm semi-automatic pistol | CV010947 | Person #2 |
| 1/28/2021 | Grady's Great Outdoors | FN Herstal, model 503, 9mm semi-automatic pistol | CV014843 | Person #2 |

21.    On or about February 5, 2021, defendant ONTAVIOUS PLUMER told Person #2 that he would like Person #2 to take another trip to Philadelphia. Person #2 then told Person #4, "we mite be going to philly soon." Person #4 responded, "Okay let him know my price is $500." Person #2 responded, "He knows."

22.    On or about February 10, 2021, defendant ONTAVIOUS PLUMER told Person #2 to leave for Philadelphia the next morning.

23.    On or about February 11, 2021, at the direction of defendant ONTAVIOUS PLUMER, Person #2 and Person #4 transported firearms by car from South Carolina to Philadelphia, Pennsylvania, and gave the firearms to defendant TERRANCE DARBY.

All in violation of Title 18, United States Code, Section 371.

12

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this superseding indictment:

1.      Paragraphs 1, 2, 13 through 19, and Overt Acts 1 through 23 of Count One are incorporated here.

2.      From at least as early as in or around November 2020 through in or around February 2021, in the Eastern District of Pennsylvania, the District of South Carolina, and elsewhere, defendants

**TERRANCE DARBY,**
**a/k/a "Tibbs,"**
**a/k/a "Tibby," and**
**ONTAVIOUS PLUMER,**
**a/k/a "Toot,"**

willfully engaged in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code, and aided and abetted the same.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D) and 2.

13

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 10, 2021, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**TERRANCE DARBY,**
**a/k/a "Tibbs,"**
**a/k/a "Tibby,"**

knowingly and intentionally possessed with the intent to distribute five grams or more, that is,

approximately 42.3 grams of methamphetamine, a Schedule II controlled substance, and 40

grams or more, that is, approximately 153.7 grams of a mixture or substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a

Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

14

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 10, 2021, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**TERRANCE DARBY,**
**a/k/a "Tibbs,"**
**a/k/a "Tibby,"**

knowingly and intentionally possessed with the intent to distribute five grams or more that is,

approximately 42.3 grams of methamphetamine, a Schedule II controlled substance, and 40

grams or more, that is, approximately 153.7 grams of a mixture or substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide ("fentanyl"), a

Schedule II controlled substance, within 1,000 feet of the real property of the Robert E.

Lamberton Elementary School, a private elementary school, located at 7501 Woodbine Avenue,

Philadelphia, Pennsylvania, in violation of Title 21, United States Code, Section 841(a)(1),

(b)(1)(B).

In violation of Title 21, United States Code, Section 860(a).

## COUNT FIVE

### THE GRAND JURY FURTHER CHARGES THAT:

On or about November 10, 2021, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### TERRANCE DARBY,
### a/k/a "Tibbs,"
### a/k/a "Tibby,"

knowingly possessed a firearm, that is, at least one of the following: (1) a Chiappa Rhino, model

200DS, .357 caliber revolver, bearing serial number RH0187, loaded with six live rounds of

ammunition; and (2) a Smith & Wesson, model SD40, 9mm semi-automatic pistol, bearing serial

number FCY8066, loaded with 13 live rounds of ammunition, in furtherance of a drug trafficking

crime for which he may be prosecuted in a Court of the United States, that is, possession with

intent to distribute five grams or more of methamphetamine, a Schedule II controlled substance,

and 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-

[1-(2-phenylethyl)-4-piperidinyl]propanamide ("fentanyl"), a Schedule II controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Three of this

indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SIX

## THE GRAND JURY FURTHER CHARGES THAT:

On or about November 10, 2021, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### TERRANCE DARBY,
### a/k/a "Tibbs,"
### a/k/a "Tibby,

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a

crime punishable by imprisonment for a term exceeding one year, knowingly possessed a

firearm, that is, at least one of the following: (1) a Chiappa Rhino, model 200DS, .357 caliber

revolver, bearing serial number RH0187, loaded with six live rounds of ammunition; and (2) a

Smith & Wesson, model SD40, 9mm semi-automatic pistol, bearing serial number FCY8066,

loaded with 13 live rounds of ammunition, and the firearm was in and affecting interstate and

foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE 1

### THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Sections 371,

922(a)(1)(A), and 924(a)(1)(D), set forth in this superseding indictment, defendants

### TERRANCE DARBY,
#### a/k/a "Tibbs,"
#### a/k/a "Tibby," and
### ONTAVIOUS PLUMER,
#### a/k/a "Toot,"

shall forfeit to the United States of America the firearms involved in the commission of such

violations, including:

| # | Firearm | Serial Number |
|---|---------|---------------|
| 1 | Beretta, model APX, 9mm semi-automatic pistol | A098483X |
| 2 | Beretta, model APX, 9mm semi-automatic pistol | A098465X |
| 3 | Taurus, Judge series, .45 caliber revolver | ABL097569 |
| 4 | Taurus, Judge series, .45 caliber revolver | ABJ941959 |
| 5 | Taurus, Judge series, .45 caliber revolver | ABK062912 |
| 6 | Taurus, model G3, 9mm semi-automatic pistol | ABJ945226 |
| 7 | Smith & Wesson, model SD40, .40 caliber semi-automatic pistol | FCU0160 |
| 8 | Smith & Wesson, model SD40, .40 caliber semi-automatic pistol | FCW3015 |
| 9 | Ruger, Security-9, 9mm semi-automatic pistol | 383-61872 |
| 10 | Smith & Wesson, model MP40, .40 caliber semi-automatic pistol | JFN7241 |
| 11 | Ruger, Security-9, 9mm semi-automatic pistol | 383-84606 |
| 12 | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCU8997 |
| 13 | Ruger, Security-9, 9mm semi-automatic pistol | 383-69030 |
| 14 | Glock, model 48, 9mm semi-automatic pistol | BRUD021 |
| 15 | Smith & Wesson, model SD9, 9mm semi-automatic pistol | FCJ0371 |
| 16 | Smith & Wesson, model SD40, .40 caliber semi-automatic pistol | FCR2029 |
| 17 | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | HEY8477 |
| 18 | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FBB2962 |
| 19 | Smith & Wesson, model 4040, .40 caliber semi-automatic pistol | USC9960 |

18

| 20 | Glock, model 44, .22 caliber semi-automatic pistol | AEMA839 |
| 21 | Glock, model 43, 9mm semi-automatic pistol | AEWG856 |
| 22 | Glock, model 43, 9mm semi-automatic pistol | AEWV822 |
| 23 | Smith & Wesson, model SD9VE, 9mm semi-automatic pistol | FCV9142 |
| 24 | Glock, model 44, .22 caliber semi-automatic pistol | AEHK404 |
| 25 | Glock, model 44, .22 caliber semi-automatic pistol | AEFZ395 |
| 26 | Smith & Wesson, model 4046, .40 caliber semi-automatic pistol | TDS8937 |
| 27 | Smith & Wesson, model M&P 45, .22 caliber semi-automatic pistol | HST6669 |
| 28 | Glock, model 19, 9mm semi-automatic pistol | BNYP686 |
| 29 | Beretta, model APX, 9mm semi-automatic pistol | A118611X |
| 30 | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCR9812 |
| 31 | Taurus, model G3, 9mm semi-automatic pistol | ABN377437 |
| 32 | Glock, model 19, 9mm semi-automatic pistol | BEBG379 |
| 33 | Smith & Wesson, M&P9 Shield, 9mm semi-automatic pistol | RJL8351 |
| 34 | Glock, model 43, 9mm semi-automatic pistol | RJL9085 |
| 35 | Glock, model 43, 9mm semi-automatic pistol | RJJ3740 |
| 36 | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCL3090 |
| 37 | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCR1969 |
| 38 | Kahr, model CW45, .45 caliber semi-automatic pistol | SG3002 |
| 39 | Smith & Wesson, model MP40, .40 caliber semi-automatic pistol | NEJ0435 |
| 40 | Smith & Wesson, model MP40, .40 caliber semi-automatic pistol | HLH1207 |
| 41 | Smith & Wesson, model MP40, .40 caliber semi-automatic pistol | HLL8291 |
| 42 | Smith & Wesson, model SD9VE, 9mm semi-automatic pistol | FCN8128 |
| 43 | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCZ6643 |
| 44 | Taurus, model GC3, 9mm semi-automatic pistol | ABN361120 |
| 45 | Ruger, model SR9c, 9mm semi-automatic pistol | 339-18799 |
| 46 | Smith & Wesson, model M&P, semi-automatic pistol | NFD1490 |
| 47 | Springfield Defender, 9mm semi-automatic pistol | BY565525 |
| 48 | Smith & Wesson, model MP40C, .40 caliber semi-automatic pistol | HRX7505 |
| 49 | Ruger, model 9E, 9mm semi-automatic pistol | 338-1248 |

| 50 | Smith & Wesson, model SW9GVE, 9mm semi-automatic pistol | PB23904 |
| 51 | Taurus, model G2C, 9mm semi-automatic pistol | ABL194818 |
| 52 | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCY5101 |
| 53 | Smith & Wesson, model SD9VE, 9mm semi-automatic pistol | FCZ3184 |
| 54 | Taurus, model GC3, 9mm semi-automatic pistol | ABN357074 |
| 55 | Smith & Wesson, model SD40VE, .40 caliber semi-automatic pistol | FCY1145 |
| 56 | FN Herstal, model 503, 9mm semi-automatic pistol | CV010947 |
| 57 | FN Herstal, model 503, 9mm semi-automatic pistol | CV014843 |

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United

States Code, Section 924(d).

## NOTICE OF FORFEITURE 2

## THE GRAND JURY FURTHER CHARGES THAT:

      1.    As a result of the violation of Title 21, United States Code, Section

841(a)(1) set forth in this superseding indictment, defendant,

### TERRANCE DARBY,
### a/k/a "Tibbs,"
### a/k/a "Tibby,"

shall forfeit to the United States of America:

      (a)    any property, used or intended to be used, in any manner or part, to

commit, or facilitate the commission of, such violation; including but not limited to:

> i.  a Chiappa Rhino, model 200DS, .357 caliber revolver, bearing
>
>     serial number RH0187;
>
> ii.  a Smith & Wesson, model SD40, 9mm semi-automatic pistol,
>
>     bearing serial number FCY8066;
>
> iii. six live rounds of .357 caliber ammunition;
>
> iv. thirteen live rounds of 9mm ammunition;
>
> v.  fourteen live rounds of 9mm ammunition; and

      (b)    any property constituting, or derived from, proceeds obtained,

directly or indirectly, from the commission of such violation, including but not limited to: the

sum of approximately $75,246 in U.S. Currency.

      2.    If any of the property subject to forfeiture, as a result of any act or

omission of the defendant:

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c),

incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

22

## NOTICE OF FORFEITURE 3

### THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Sections

924(c)(1)(A)(i) and 922(g)(1) set forth in this superseding indictment, defendant

### TERRANCE DARBY,
### a/k/a "Tibbs,"
### a/k/a "Tibby,"

shall forfeit to the United States of America all firearms and ammunition involved in the

commission of such violations, including, but not limited to:

1.  a Chiappa Rhino, model 200DS, .357 caliber revolver, bearing serial

    number RH0187;

2.  a Smith & Wesson, model SD40, 9mm semi-automatic pistol, bearing

    serial number FCY8066;

3.  six live rounds of .357 caliber ammunition;

4.  thirteen live rounds of 9mm ammunition; and

5.  fourteen live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United

States Code, Section 924(d).

### A TRUE BILL:

███████████████████

**GRAND JURY FOREPERSON**

**JENNIFER ARBITTIER WILLIAMS**
**United States Attorney**

23

No._ 22cr22 _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

**TERRANCE DARBY**
a/k/a "Tibbs,"
a/k/a "Tibby,"
**ONTAVIOUS PLUMER, a/k/a "Toot**

## SUPERSEDING INDICTMENT

18 U.S.C. § 371 (conspiracy – 1 count)
18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license – 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(B) (possession with intent to distribute 5 grams or more
of methamphetamine (actual) and 40 grams or more of a mixture or substance
containing a detectable amount of fentanyl – 1 count)
21 U.S.C. § 860(a) (possession with intent to distribute controlled substances within
1,000 feet of a school – 1 count)
18 U.S.C. § 924(c)(1)(A) (possession of a firearm in furtherance of a drug trafficking
crime – 1 count)
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
18 U.S.C. § 2 (aiding and abetting)

Notices of forfeiture

A true bill.

_____
Foreperson

Filed in open court this ___9th___ day,
of ___June___ A.D. 20 __22__

_____
Clerk

Bail, $ _____